IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT TOMASELLO, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 12-433 |
| | ) |
| KEVIN SEELBAUGH, | ) |
|     Defendant. | ) |

ORDER

AND NOW, this 23 day of July, 2012, upon consideration of plaintiff pro se's Motion to Extend Time to Find Counsel [document #10], IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall proceed as follows:

    1. Plaintiff pro se shall be granted until September 10, 2012 to secure new counsel. In the event new counsel does not enter their appearance on behalf of plaintiff by this date, the Court will accept that plaintiff is proceeding pro se. **THERE WILL BE NO FURTHER EXTENSION GRANTED.**

    2. The Initial Local Rule 16.1 Scheduling Conference, scheduled to be held September 14, 2012, will now be held before the undersigned on Friday, September 28, 2012 at 1:00 p.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

BY THE COURT:

_____,C.J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: All parties of record